UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES D. LESURE,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 16-cv-732-JPG

Criminal No 01-cr-40017-JPG

## **MEMORANDUM AND ORDER**

    This matter comes before the Court on petitioner James D. Lesure's amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 5). On October 11, 2001, the petitioner pled guilty to one count of conspiring to distribute and possess with intent to distribute crack cocaine in violation of 21 U.S.C. §§ 841 and 846 (Count 1) and four counts of distributing crack cocaine in violation of 21 U.S.C. § 841 (Counts 2-5). The Court sentenced the petitioner to serve 262 months in prison on Count 1 and 240 months in prison on Counts 2-5, all to run concurrently. This sentence was based on the Court's application of the United States Sentencing Guidelines ("U.S.S.G.") as they existed before the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (2005), rendered them advisory. Under those mandatory guidelines, the Court found Lesure was a career offender under U.S.S.G. § 4B1.1 (2001). The petitioner did not appeal his sentence.

    In his § 2255 motion, the petitioner argues that he is entitled to relief because, following *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Cross v. United States*, 892 F.3d 288 (7th Cir. 2018), it is apparent that his sentence as a career offender violated his due process rights.

    Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court has determined that it is not plain from the motion and the

record of the prior proceedings that the petitioner is entitled to no relief on his amended § 2255 motion. Accordingly, the Court **ORDERS** the Government to file a response to the petitioner's amended § 2255 motion within **THIRTY DAYS** of the date this order is entered. The Government shall, as part of its response, attach all relevant portions of the record in the underlying criminal case. The Petitioner shall have **FOURTEEN DAYS** to reply to the Government's response.

**IT IS SO ORDERED.**
**DATED:   September 28, 2018**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**