UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES D. LESURE,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 16-cv-732-JPG
Criminal No 01-cr-40017-JPG-01

## **MEMORANDUM AND ORDER**

    This matter comes before the Court on petitioner James D. Lesure's amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 5). He argues that, he is entitled to relief because, following *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Cross v. United States*, 892 F.3d 288 (7th Cir. 2018), it is apparent that his sentence as a career offender violated his due process rights. The Government has responded to the motion (Doc. 7) agreeing that Lesure is entitled to § 2255 relief for the reasons set forth in his motion and asking the Court to hold a new sentencing hearing.

    Because the government does not oppose the granting of Lesure's § 2255 motion and for the reasons stated in Lesure's § 2255 amended motion, the Court:

- **GRANTS** Lesure's amended § 2255 motion (Doc. 5);

- **VACATES** Lesure's sentence imposed on January 11, 2002, as reflected in the judgment entered on January 14, 2002 (Doc. 145 in Case No. 01-cr-40017-JPG);

- **ORDERS** that a new sentencing hearing be held forthwith in Lesure's criminal case; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly in this case.

**IT IS SO ORDERED.**
**DATED: November 28, 2018**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**