UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES D. LESURE,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 16-cv-732-JPG
Criminal No 01-cr-40017-JPG-01

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner James D. Lesure's amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is granted; that judgment is entered in this case in favor of petitioner James D. Lesure and against respondent United States of America; and that the judgment against James D. Lesure in Criminal Case No. 01-cr-40017-JPG-01 (Doc. 145 in Case No. 01-cr-40017-JPG) is vacated and that James D. Lesure shall be resentenced forthwith.

**DATED: November 28, 2018**    **MARGARET M. ROBERTIE, Clerk of Court**

    **s/ Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**